**Exhibit A to the Complaint**

**Location:** Staten Island, NY
**Total Works Infringed:** 26

**IP Address:** 98.116.166.169
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | E207EED6D63FE1C1A12B5C65B8A3AB658507C6F1 | 08/04/2026 00:33:24 | Blacked | 08/01/2026 | 08/05/2026 | PA0002597694 |
| 2 | 8F2ED17693F348FC4D49978CBC71A3DF224DEC1F | 07/27/2026 22:51:29 | Blacked | 07/27/2026 | 07/29/2026 | PA0002596415 |
| 3 | 1336E1ABC280568DC06A870505CB30D9BFA4D656 | 07/23/2026 12:33:41 | Blacked | 07/22/2026 | 07/29/2026 | PA0002596417 |
| 4 | 8EDFD879CBCA9AB300D46AF62198A476F220CE98 | 07/13/2026 16:35:38 | Blacked | 07/12/2026 | 07/15/2026 | PA0002593956 |
| 5 | 086921E338030F5B6095135DB4E61DFD95DFD5D0 | 07/08/2026 14:09:57 | Blacked | 07/07/2026 | 07/15/2026 | PA0002593949 |
| 6 | 0BB5878C704DFC0E351118465F287E7FD6355BA6 | 07/06/2026 01:01:38 | Blacked | 07/02/2026 | 07/08/2026 | PA0002592490 |
| 7 | 10994735A4AA13A199A8DE7EA2FCD8137B6849FF | 07/01/2026 12:23:37 | Blacked Raw | 06/30/2026 | 07/08/2026 | PA0002592487 |
| 8 | 16E864477866EA96592A01B58B5B7F3F2E0216A1 | 06/28/2026 14:14:21 | Blacked | 06/27/2026 | 07/01/2026 | PA0002591697 |
| 9 | 1789F6CEA76EC8945D3E6F401D49E3A61735A339 | 06/23/2026 11:05:25 | Blacked | 06/22/2026 | 06/24/2026 | PA0002590645 |
| 10 | E74924DB1BC51E957C153BFB22EDAE0B85367B0D | 06/19/2026 11:30:11 | Blacked | 06/17/2026 | 07/08/2026 | PA0002592495 |
| 11 | 2E762683DBE5AD1960DEBAB35EB84462656CD520 | 05/29/2026 14:37:56 | Tushy | 04/26/2026 | 05/06/2026 | PA0002582424 |
| 12 | 6F9E67FE0C53D492949339C4C0807E5E9EEF4D7F | 05/25/2026 20:37:28 | Blacked | 05/23/2026 | 05/29/2026 | PA0002586678 |
| 13 | 1F7145548A2A8AA94B48096B938EE013CF1EC62F | 05/20/2026 00:18:24 | Blacked | 05/18/2026 | 05/29/2026 | PA0002586654 |
| 14 | 9DA195AEC5E6CFD78FE523852C4F2399FC0E637B | 05/15/2026 10:52:27 | Blacked | 05/13/2026 | 05/29/2026 | PA0002586680 |
| 15 | AE4AA91064AA6939C54833FF487C6255E8A7A86D | 04/30/2026 12:54:25 | Blacked | 04/28/2026 | 05/06/2026 | PA0002582419 |
| 16 | E76366C593798FA389B18516DD66287FFABF403E | 04/24/2026 11:12:26 | Blacked | 04/23/2026 | 05/06/2026 | PA0002582418 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | CB18CBFC22DF8F5B8B8CF3A0716076955C85B46A | 03/30/2026 13:48:45 | Blacked | 03/29/2026 | 04/07/2026 | PA0002577464 |
| 18 | 43D8C2C67E68D8738E69479CA3FF5397F18400C2 | 03/20/2026 11:31:21 | Blacked | 03/19/2026 | 04/07/2026 | PA0002577462 |
| 19 | 5C9E70844A68111B3DDCF3630CB4E87FB692172F | 03/15/2026 01:45:26 | Blacked | 03/14/2026 | 04/07/2026 | PA0002577474 |
| 20 | 4FFB2164A8A9504D6C64B674ED8554D92FB3C5B7 | 03/13/2026 12:59:38 | Blacked Raw | 03/12/2026 | 03/24/2026 | PA0002575288 |
| 21 | 1F1E5D047673AA4F3A2634D05FC29100351CA220 | 03/10/2026 12:03:26 | Blacked | 03/09/2026 | 03/24/2026 | PA0002575258 |
| 22 | 356C24F0F07EE62611EE0989584BAC64CA54A514 | 02/03/2026 14:25:18 | Vixen | 02/01/2026 | 02/04/2026 | PA0002565328 |
| 23 | D9B80B42D4D7705464E4EBC190373FAC1AA293EA | 02/03/2026 14:03:01 | Tushy | 02/01/2026 | 02/04/2026 | PA0002565320 |
| 24 | B81E79A70B6A1F343589ACC8A99D472A461A97F8 | 02/03/2026 14:01:06 | Blacked | 02/02/2026 | 02/04/2026 | PA0002565322 |
| 25 | 6F09D50D1AE2CFB71DE9E617E8F15E237D97B254 | 01/29/2026 12:23:58 | Blacked | 01/28/2026 | 02/04/2026 | PA0002565329 |
| 26 | C0CA9126AF4801CDACAD727F361D9BDC41474E28 | 10/30/2025 15:44:24 | Vixen | 10/29/2025 | 11/14/2025 | PA0002553521 |